# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>PRICE, *et al.*,<br><br>                Defendants. | Case No. 1:20-cv-00312-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(ECF No. 2.)<br><br>ORDER TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* CLARIFYING ASSETS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

      Plaintiff Corey Williams ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

      On March 2, 2020, Plaintiff filed a motion to proceed *in forma pauperis*. (ECF No. 2.) In his application, Plaintiff reported that he receives $300.00 per month in gross pay and $200.00 per month in take-home pay. (Id. at 1.) In addition, Plaintiff reports that he makes $50.00 monthly payments to Capital One Bank and Credit One Bank. (Id. at 2.) It is unclear whether these payments are included in his take-home pay calculation.

///

1

1 |      Despite his reported income of $200.00 per month, Plaintiff reports that he has no money in cash or in a checking or savings account. Plaintiff has not attached a copy of his certified trust account statement, so it is also unclear whether Plaintiff is considering his trust account as a checking or savings account, and whether he has any saved assets in his trust account.

     As the evidence before the Court of Plaintiff's assets is inconclusive, the Court will provide Plaintiff with an opportunity to clarify his financial condition and adequately demonstrate financial hardship. **If Plaintiff chooses to file a new application to proceed *in forma pauperis*, he should include a copy of his trust account statement from his current institution.**

     Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED, without prejudice;
2. The Clerk of the Court is directed to serve a **non-prisoner** application to proceed *in forma pauperis* on Plaintiff;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis* for a non-prisoner, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and
4. <u>**The failure to comply with this order will result in dismissal of this action without prejudice.**</u>

IT IS SO ORDERED.

   Dated:   **March 3, 2020**           /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE